UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

08 AUG 20 AM 11: 19

SOUTH...      DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )       Cause No. 2:08-CR 09- LJM- CMM
)
MARK T. FRISBIE, )
)
Defendant. )

## INFORMATION

The United States Attorney charges that:

### A. INTRODUCTION

1.      At all times relevant herein, Defendant Mark T. Frisbie was the Sheriff of Putnam County, Indiana;

2.      On the 15th day of December 2005, the Putnam County Sheriff's Department (PCSD) received $27,143 in benefits under a Federal program involving a grant to a law enforcement entity, to wit: the Edward Byrne Memorial Justice Assistance Grant Program administered by the United States Department of Justice;

3.      On the 14th day of September 2006, the PCSD received $18,384 in benefits under a Federal program involving a grant to a law enforcement entity, to wit: the Edward Byrne Memorial Justice Assistance Grant Program administered by the United States Department of Justice;

## B. CHARGE

4.     On divers occasions from on or about the 18th day of January 2006 until on or about the

28th day of March 2007, in Putnam County, in the Southern District of Indiana,

### MARK T. FRISBIE,

Defendant herein, being an agent of the Putnam County Sheriff's Department, a government

agency that received benefits in excess of $10,000 in any one year period as relevant herein,

under a Federal program involving a grant or other form of Federal assistance, did embezzle,

steal, or intentionally misapply money or funds in the aggregate amount of $12,530.46, more or

less, owned by, or under the care, custody or control of the Putnam County Sheriff's Department.

## C. MEANS OF EXECUTION

5.     Mark T. Frisbie, Defendant herein, committed the offense charged herein through the

unauthorized use of the PCSD Visa credit card account at First National Bank, located in Putnam

County, Indiana and the unauthorized use of the Putnam County Sheriff Commissary Account

checking account at First National Bank, located in Putnam County, Indiana.  Specifically,

Defendant Mark T. Frisbie used said accounts for the unauthorized payment of PCSD funds for

the following purposes:

    a.     To reimburse expenses incurred by Frisbie Security Consulting, LLC, a private

           business entity operated by the Defendant, related to the training of prospective

           employees of said business;

    b.     To pay for travel expenses incurred by a daughter of the Defendant's wife;

-2-

c.   To reimburse expenses for meals and incidental expenses incurred by the Defendant when the Defendant had previously received per diem payments from the PCSD to cover said expenses;

d.   To pay for campaign supplies related to the reelection campaign of the Defendant; and,

e.   To reimburse expenses incurred by the Defendant on a personal business trip undertaken by the Defendant related to the operation of Frisbie Security Consulting, LLC;

which being in violation of Title 18, United States Code, Section 666.


TIMOTHY M. MORRISON
United States Attorney

STATE OF INDIANA )
                          )    SS:
COUNTY OF MARION )

      James M. Warden, being first duly sworn, upon his oath deposes and says that he is an

Assistant United States Attorney in and for the Southern District of Indiana, that he makes this

affidavit for and on behalf of the United States of America and that the allegations in the

foregoing Information are true as he is informed and verily believes.

                                        James M. Warden
                                        Assistant United States Attorney

      Subscribed and sworn to before me, a notary public, on this 20th day of August 2008.

                                        Carrie A. Griffin
                                        Notary Public

My Commission Expires:

    January 21, 2016

My County of Residence:

    Hancock