UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 2:08-CR-09-LJM-Cmm |
| ) | |
| MARK T. FRISBIE, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OF PLEA AGREEMENT

The United States of America, by counsel, Timothy M. Morrison, United States Attorney for the Southern District of Indiana, and by James M. Warden, Assistant United States Attorney, and the Defendant, MARK T. FRISBIE, in person and by counsel, Robert W. Hammerle, hereby inform the Court that a plea agreement has been reached in this cause pursuant to Federal Rule of Criminal Procedure 11(c)(1)(B) and the following are its terms and conditions:

1. MARK T. FRISBIE agrees to waive indictment and plead guilty to the Information, which charges that the defendant did commit federal program theft, in violation of Title 18, United States Code, Section 666. This felony offense may be punished by a term of imprisonment of up to ten (10) years, a fine of not more than $250,000, and a term of supervised release of not more than three (3) years following any term of imprisonment. The elements of this offense are: (1) that the Defendant was an agent of a government agency; (2) that the Defendant embezzled, stole, or intentionally misapplied money or other property; (3) that the money or other property was owned by, or was under the care, custody or control of the government agency; (4) that the money or other property had a value of $5,000 or more;

and (5) that in a relevant one year period, the government agency received benefits of more than $10,000 under any Federal program involving a grant, contract subsidy, loan, guarantee, insurance or other Federal assistance.

    2.    MARK T. FRISBIE agrees and understands that the Court will use its discretion to fashion a sentence within the statutory range set forth in Paragraph 1.

MARK T. FRISBIE agrees and understands that the Court will consider the factors set forth in 18 U.S.C. § 3553(a) in determining the appropriate sentence within the statutory range. MARK T. FRISBIE agrees and understands that the Court will also consult and take into account the United States Sentencing Guidelines ("Sentencing Guidelines" or "U.S.S.G.") in determining the appropriate sentence within the statutory range. MARK T. FRISBIE agrees and understands that the Sentencing Guidelines are not mandatory or binding on the Court, but are advisory in nature. MARK T. FRISBIE agrees and understands that the final determination of the sentence, including the applicable advisory guideline calculation, criminal history category, and advisory sentencing guideline range will be made by the Court.

    MARK T. FRISBIE acknowledges that this plea agreement is governed by Federal Rule of Criminal Procedure 11(c)(1)(B) and that the determination of his sentence is within the discretion of the Court. He understands that if the Court decides to impose a sentence higher or lower than any recommendation of either party, or determines a different advisory sentencing guideline range applies in this case, or decides to depart from the otherwise applicable advisory sentencing guideline range, then he will not be permitted to withdraw his plea of guilty for that reason and will be bound by his plea of guilty.

3. MARK T. FRISBIE will pay a total of $100.00 on the date of sentencing or as ordered by the Court to the Clerk, United States District Court, which amount represents the mandatory special assessment fee imposed pursuant to Title 18, United Sates Code, Section 3013.

4. MARK T. FRISBIE will provide all requested financial information to the Financial Litigation Unit of the United States Attorney's Office for the Southern District of Indiana for use in the collection of any fines or restitution imposed by the Court.

5. At the time of sentencing, the government will recommend a sentence within the advisory sentencing guidelines range consistent with the stipulations stated herein. The government reserves the right to present evidence and argument on the issue of sentence.

6. In return for the plea of guilty to the Information entered by MARK T. FRISBIE, the United States Attorney's Office for the Southern District of Indiana agrees to bring no other federal charges against him with respect to the circumstances surrounding the matters charged in the Information.

7. At the time of sentencing, the government will make known to the Court the nature, extent and timing of the acceptance of the responsibility demonstrated by MARK T. FRISBIE, as well as the nature, extent and timing of any cooperation with the government and other law enforcement authorities.

8. The Defendant is free to request whatever sentence he deems appropriate not inconsistent with the stipulations herein and reserves the right to present evidence and argument in such regard.

9. The parties agree that the imposition of a fine in this case is left to the discretion of the Court.

10. The Defendant understands that he will be ordered to make restitution to the Putnam County Sheriff's Department in an amount to be determined by the Court.

11. MARK T. FRISBIE understands that he has a statutory right to appeal the conviction and sentence imposed and the manner in which the sentence was determined. Acknowledging this right and in exchange for the concessions made by the United States in this Plea Agreement, he agrees that in the event the Court sentences him to a sentence that is within the range consistent with the stipulations herein, or any lesser offense level, then he expressly waives his right to appeal the conviction and sentence imposed in this case on any ground, including the right to appeal conferred by Title 18, United States Code, Section 3742.

12. Pursuant to Section 6B1.4 of the Sentencing Guidelines, the parties agree to the stipulation below. The parties are free to argue the applicability of any other sentencing guidelines provisions not inconsistent with these stipulations. The parties understand and agree that this stipulation is binding on the parties but is only a recommendation to the Court and that the Court will determine the advisory sentencing guidelines applicable in this case. The parties agree that no stipulation regarding any factors in Chapter 4, Criminal History Category, of the sentencing guidelines has been made, and that such determination will be made by the Court:

    a. Base Offense Level (2B1.1(a)(2))　　6

    b. Loss in Amount between $10,000 and $30,000 (2B1.1(b)(1)(C))　　4

    c. Abuse of Position of Trust (3B1.3)　　2

    d.    Acceptance of Responsibility (3E1.1(a))    -2

13. MARK T. FRISBIE acknowledges that no threats, promises, or representations have been made, nor agreements reached, other than those set forth in this document, to induce MARK T. FRISBIE to plead guilty. This document is the complete and only plea agreement between the Defendant and the United States Attorney for the Southern District of Indiana and is binding only on the parties to this agreement, supersedes all prior understandings, if any, whether written or oral, and cannot be modified except in writing, signed by all parties and filed with the Court, or on the record in open court.

Respectfully submitted,

TIMOTHY M MORRISON
United States Attorney

15 AUG 08
DATE

By: _____
James M. Warden
Assistant United States Attorney

8/15/08
DATE

By: _____
Christina McKee
Chief, Criminal Division

8/15/08
DATE

_____
Mark T. Frisbie
Defendant

8/15/08
DATE

_____
Robert W. Hammerle
Attorney for Defendant

5

## STATEMENT OF THE DEFENDANT

I have read the entire Plea Agreement and discussed it with my attorney.

I understand all the terms of the Plea Agreement and those terms correctly reflect the results of plea negotiations.

I am fully satisfied with my attorney's representation during all phases of this case.

I am freely and voluntarily pleading guilty in this case.

I am pleading guilty as set forth in this Plea Agreement because I am guilty of the crime(s) to which I am entering my plea(s).

My attorney has informed me, and I understand, that I have the right to appeal any conviction and sentence that I receive, unless I have waived my right to appeal as part of this Plea Agreement. If I have not waived my right to appeal, I understand that I must file a Notice of Appeal within 10 days of the entry of the judgment in this case; I further understand that the Clerk of the Court will prepare and file a Notice of Appeal on my behalf if I ask that to be done. I also understand that the United States has the right to appeal any sentence that I receive under this Plea Agreement.

Finally, my attorney has informed me, and I understand, that if I provide or cause to be provided materially false information to a judge, magistrate-judge, or probation officer, then Section 3C1.1 of the Sentencing Guidelines allows the Court to impose a two (2) level increase in the offense level.

8/15/08
DATE

_____
MARK T. FRISBIE
Defendant