# United States District Court
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
| v. | |
| MARK T. FRISBIE<br>4 N County Road 175 W<br>Greencastle, IN 46135<br><br>C/o Robert W. Hammerle<br>1455 N. Pennsylvania Street<br>Indianapolis, IN 46202 | CASE NUMBER: 2:08-cr-09-LJM-Cmm |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| Place: U.S. District Courthouse<br>46 E. Ohio Street<br>Indianapolis, IN 46204 | Room #202 |
| Before: The Honorable Larry J. McKinney | Date and Time<br>08/29/2008 at 9:00 a.m. |

To answer a(n)
☐ Indictment ☒ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title __18__, United States Code, Section __666__.

Brief description of offense:

Federal program theft

_Laura A. Briggs_ (signature)

Signature of Issuing Officer
Laura A. Briggs, Clerk of Court
Name and Title of Issuing Officer

August 20, 2008
Date

By: s/Tanesa R. Genier

| RETURN OF SERVICE ||
|---|---|
| Service was made by me on:[1] | Date |

Check one box below to indicate appropriate method of service   25 AUG 08

☒ Served personally upon the defendant at: C/O ATTY @ 1500

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.  Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  26 AUG 08
            Date

PETER SWAIM
Name of United States Marshal

E. LOWELL
(by) Deputy United States Marshal

Remarks:

FILED
08 AUG 26 PM 3:17
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS
CLERK

1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.