AO 245S Modified (Rev. 10/08) Judgment in a Revocation Case

# UNITED STATES DISTRICT COURT

____SOUTHERN____ District of ____INDIANA____

| UNITED STATES OF AMERICA | JUDGMENT IN A VIOLATION HEARING |
|---|---|
| V. | Modification of Supervision Only |
| MARK T. FRISBIE | (For Offenses Committed On or After November 1, 1987) |

Case Number: 2:08CR00009-001

Robert W. Hammerle
Defendant's Attorney

## DISPOSITION OF PROBATION / SUPERVISED RELEASE VIOLATION HEARING

**THE DEFENDANT:**

X was adjudged guilty of Violation Number(s) __1, 2, 3, 4 and 5__
and special condition(s) ____

Accordingly, the defendant is adjudged guilty of such charge(s), which involve the following:

| Violation Number | Nature of Violation | Date(s) |
|---|---|---|
| 1 | Law violation | 12/4/09 |
| 2 | Excessive use of alcohol | 12/4/09 |
| 3 | Failure to work at a lawful occupation | 7/1/09 |
| 4 | Failure to pay restitution | 10/7/09 |
| 5 | Failure to pay electronic monitoring fees | 12/8/09 |

The defendant's probation/supervised release is modified as provided in pages 1 through 2 of this Judgment, pursuant to the Sentencing Reform Act of 1984 and Title 18 U.S.C. § 3563(c) or 3583(e).

☐ The defendant has been found not guilty of violation of condition(s) ____
and special condition(s) ____

☐ Charge(s) ____ is/are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Last Four Digits of Defendant's Soc. Sec. No.: 3390

Defendant's Year of Birth: 1970

City and State of Defendant's Residence
Plainfield, IN

1/22/2010
Date of Imposition of Judgment

/s/ Larry J. McKinney
Signature of Judicial Officer

Honorable Larry J. McKinney, Sr. U.S. District Court Judge
Name and Title of Judicial Officer

2/9/2010
Date

AO 245S Modified (Rev. 10/08) Judgment in a Revocation Case

AO 245S (Rev 01/94) Judgment in a Revocation Case
Sheet 2

Judgment—Page 2 of 2

DEFENDANT: MARK T. FRISBIE
CASE NUMBER: 2:08CR00009-001

Accordingly, the defendant is adjudged guilty of such charge(s), which involve the following:

| Violation Number | Nature of Violation | Date(s) |
|---|---|---|
| | | |

The Court finds, after a hearing upon notification by the probation officer, the offender is in violation of the conditions of release as set forth in this Judgment order and modifies the terms/conditions as follows:

1. The defendant shall reside for a period of six months at a residential re-entry center (RRC) as directed by the probation officer, and shall observe the rules of that facility. The defendant's attorney may re-visit the issue of the length of stay at the RRC if the defendant remains in compliance and all parties agree it is in the best interest of the defendant

2. The defendant shall continue to participate in his current substance abuse program through the Clarian Behavioral Care Center.

4. The defendant shall abstain from the use of all intoxicants.

Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed)

_____  _____
Defendant                          Date

_____  _____
U.S. Probation Officer/Designated Witness  Date